Milton Griggs
V.S.

The State Of Texas

Court Of Appeals
6th Appellate District
State Of Texas

Appeal No. # LODW15-00047-CR
———The Court of Appeals
Sixth District

JUL 0 1 2015

Texarkana, Texas
Debra K. Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

JUL 0 1 2015

Texarkana, Texas
Debra Autrey, Clerk

Date
(6-29-15)

## Motion In Support of Appellants Brief

I the Appellant in the Above titled Cause No.#, Milton Edward Griggs

Hereby Move to Make the following clarification Per My Appellants Brief.

On the 6-11-& or? 12 2015 I submitted my Brief and I Hereby move to ask the Court and or make sure that this Court is NOT Bamboozled.

Be it Known : I Was Not a Fugitive from justice inwhich these officials claimed Not to my Knowledge. For officer whom arrested me upon the 2nd arrival and return, Inwhich I I Denified myself!

Officers stated that I had a BLUE WARRANT and I Repeatedly told them that I was not on Parole and that such had been long completed! Upon my being arrested by the City Police found that I had an Old city ticket also. Upon officials Contacting the Texas Board of Pardons & Paroles found that I as stated had long completed my Parole and such was dropped and a hold was placed on me then for Probation Violation, I request that the Greenville Pardons & Paroles Division be contacted in support of this, finding that they where contacted by officials After my arrest. Therefore I was not a fugitive as stated and such Enhancement shouldn't have been. Further and most Importantly I was not charged with such and was not at all arraigned on Such charge by any official regarding No Enhancement. But arraigned as well as P.R. Bonded by the Judge and Court on the charge of Failing to I.D. only A Class B misdemeanor offense.

(page 1)

Be it clearly Known that I only Fail to I.D. to officers at first Due to these officers being <u>constantly</u> called out on Bogus Family Domestic calls and false assaults against Robyn. Having her feet be badly swollen I #no.#1 feared I'd be arrested Regardless by the Police upon them seeing her badly swollen legs & feet. However upon them leaving the first time and I and Her discussing such & She stated that the Medical Records would Prove such from the Hospital here in Greenville. Upon their 2nd arrival and return I, Milton Edward Griggs Did I.D. myself and was then Arrested by the Greenville Police Dept. without any form of an incident whatsoever. I further Hereby State Under Oath that I <u>NEVER</u> Knew that such had been Enhanced Until <u>AFTER</u> the Sentencing and my receiving a copy of such. My Attorney Never Ever made any mention of any Enhancement <u>Period</u>. It wasn't until I asked about the Execessive 300 days on a Class B misdemeanor to my attorney did he state that such had been Enhanced to a class A. Wherefore I Pleaded Guilty to such Enhancement <u>Unknowingly</u>. Wherefore Appellant Pray this Court Rules in his favor.

<u>Certificate Of Service</u>

I Milton Griggs Hereby State Under Oath of Both Penalty & Perjury that A True & Correct Copy of Appellants Motion for Clarification Per his Appellants Brief has been forwarded by Mail to this Honorable Appeals Court on this 29th Day of June 2015.

Respectfully Submitted
Milton Edward Griggs
Milton Edward Griggs
Hunt County Jail #25791
2801 Staurt St.
Greenville TX.
75401

(page 2)